# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Blazeyewski, Christopher      CHAPTER 13
         Blazeyewski, Diane
             Debtor(s)      BKY. NO. 22-21724 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Limosa LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ Brian C. Nicholas, Esq.**

Brian C. Nicholas, Esq. (317240)
Denise Carlon, Esq. (317226)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com