# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Christopher Blazeyewski / Diane Blazeyewski**, Debtor(s)

Case No. **22-21724**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Christopher Blazeyewski**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [x] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Diane Blazeyewski**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [x] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **October 5, 2022**    Signature **/s/ Christopher Blazeyewski**
Christopher Blazeyewski
Debtor

Date **October 5, 2022**    Signature **/s/ Diane Blazeyewski**
Diane Blazeyewski
Joint Debtor

## Paystub 1

Pay Begin Date: 07/03/2022  
Pay End Date: 07/09/2022  
Check Date: 07/14/2022  
Check #: 304067  

Diane Blazeyewski  
111 Kaplan Ave  
Pittsburgh, PA 15227  

Employee ID: 2057496  
Department: 3616 - Brentwood - GetGo Standalone Team  
Location: 3616 - Brentwood - GetGo Standalone  
Job Title: Crew Lead  
Pay Group: Weekly-B  

### TAX DATA

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married filing jointly (or Qualifying widow(er)) | Married filing jointly (or Qualifying widow(er)) |
| Addl. Amount: | 0.00 | |
| Allowances: | 0.00 | 0.00 |

### Earnings

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.5000 | 30.00 | 525.00 | 0.00 | 0.00 |
| Hol OverTime | 26.2950 | 8.00 | 210.36 | 8.00 | 210.36 |
| Overtime | 26.2950 | 3.00 | 78.89 | 26.25 | 690.22 |
| Regular | 19.5000 | 2.00 | 39.00 | 812.50 | 14,254.33 |
| SundayStraight | 0.0000 | 0.00 | 0.00 | 105.50 | 1,846.26 |
| Bonus-Misc | 0.0000 | 0.00 | 0.00 | 0.00 | 690.18 |
| Total | | 89.5900 | 43.00 | 853.25 | 952.25 | 17,691.35 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SUI-Team Member Paid - PA | 0.51 | 10.61 |
| Medicare | 12.37 | 256.52 |
| OASDI | 52.90 | 1096.86 |
| City Tax - BRNTW | 8.53 | 176.93 |
| State Tax - PA | 26.19 | 543.14 |
| Federal Withholding | 58.94 | 1146.44 |
| PA LST - BRNTW | 1.00 | 25.00 |
| Total | 160.44 | 3,255.50 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Shoes | 0.00 | 32.99 |
| Total | 0.00 | 32.99 |

*Taxable

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life GE Pd | 0.25 | 5.75 |
| AD&D GE Pd | 0.02 | 0.46 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 853.25 | 853.25 | 160.44 | | 692.81 |
| YTD | 17,691.35 | 17,691.35 | 3,255.50 | | 14402.86 |

MESSAGE: Please see your online pay slip for additional details

---

## Paystub 2

Pay Begin Date: 07/10/2022  
Pay End Date: 07/16/2022  
Check Date: 07/21/2022  
Check #: 306228  

Diane Blazeyewski  
111 Kaplan Ave  
Pittsburgh, PA 15227  

Employee ID: 2057496  
Department: 3616 - Brentwood - GetGo Standalone Team  
Location: 3616 - Brentwood - GetGo Standalone  
Job Title: Crew Lead  
Pay Group: Weekly-B  

### TAX DATA

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married filing jointly (or Qualifying widow(er)) | Married filing jointly (or Qualifying widow(er)) |
| Addl. Amount: | 0.00 | |
| Allowances: | 0.00 | 0.00 |

### Earnings

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.5000 | 31.00 | 542.50 | 0.00 | 0.00 |
| SundayStraight | 17.5000 | 8.00 | 140.00 | 113.50 | 1,986.26 |
| Overtime | 26.2750 | 1.25 | 32.84 | 27.50 | 723.06 |
| Regular | 19.5000 | 1.00 | 19.50 | 844.50 | 14,816.33 |
| Bonus-Misc | 0.0000 | 0.00 | 0.00 | 0.00 | 690.18 |
| Hol OverTime | 0.0000 | 0.00 | 0.00 | 8.00 | 210.36 |
| Total | | 80.7750 | 41.25 | 734.84 | 993.50 | 18,426.19 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Medicare | 10.66 | 267.18 |
| OASDI | 45.56 | 1142.42 |
| SUI-Team Member Paid - PA | 0.45 | 11.06 |
| State Tax - PA | 22.56 | 565.70 |
| PA LST - BRNTW | 1.00 | 26.00 |
| Federal Withholding | 44.73 | 1191.17 |
| City Tax - BRNTW | 7.35 | 184.28 |
| Total | 132.31 | 3,387.81 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Shoes | 0.00 | 32.99 |
| Total | 0.00 | 32.99 |

*Taxable

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life GE Pd | 0.25 | 6.00 |
| AD&D GE Pd | 0.02 | 0.48 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 734.84 | 734.84 | 132.31 | | 602.53 |
| YTD | 18,426.19 | 18,426.19 | 3,387.81 | | 15005.39 |

MESSAGE: Please see your online pay slip for additional details

## Paystub 1

Pay Begin Date: 08/07/2022
Pay End Date: 08/13/2022
Check Date: 08/18/2022
Check #: 314810

Diane Blazeyewski
111 Kaplan Ave
Pittsburgh, PA 15227

Employee ID: 2057496
Department: 3616 - Brentwood - GetGo Standalone Team
Location: 3616 - Brentwood - GetGo Standalone
Job Title: Crew Lead
Pay Group: Weekly-B

### TAX DATA

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married filing jointly (or Qualifying widow(er)) | Married filing jointly (or Qualifying widow(er)) |
| Addl. Amount: | 0.00 | |
| Allowances: | 0.00 | 0.00 |

### Earnings

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.5000 | 35.75 | 625.63 | 0.00 | 0.00 |
| Overtime | 26.3450 | 4.50 | 118.55 | 40.50 | 1,064.85 |
| Regular | 19.5000 | 4.25 | 82.88 | 996.50 | 17,489.35 |
| SundayStraight | 0.0000 | 0.00 | 0.00 | 121.50 | 2,126.26 |
| Bonus-Misc | 0.0000 | 0.00 | 0.00 | 0.00 | 817.37 |
| Hol OverTime | 0.0000 | 0.00 | 0.00 | 8.00 | 210.36 |
| Total: | 63.3450 | 44.50 | 827.06 | 1,166.50 | 21,708.19 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Medicare | 11.99 | 314.77 |
| OASDI | 51.28 | 1345.91 |
| SUI-Team Member Paid - PA | 0.49 | 13.02 |
| Federal Withholding | 55.80 | 1423.92 |
| PA LST - BRNTW | 1.00 | 30.00 |
| City Tax - BRNTW | 8.27 | 217.09 |
| State Tax - PA | 25.39 | 666.45 |
| Total | 154.22 | 4,011.16 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Shoes | 0.00 | 32.99 |
| Total | 0.00 | 32.99 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life GE Pd | 0.25 | 7.00 |
| AD&D GE Pd | 0.02 | 0.56 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 827.06 | 827.06 | 154.22 | | 672.84 |
| YTD | 21,708.19 | 21,708.19 | 4,011.16 | | 17664.04 |

MESSAGE: Please see your online pay slip for additional details

---

## Paystub 2

Pay Begin Date: 08/14/2022
Pay End Date: 08/20/2022
Check Date: 08/25/2022
Check #: 316945

Diane Blazeyewski
111 Kaplan Ave
Pittsburgh, PA 15227

Employee ID: 2057496
Department: 3616 - Brentwood - GetGo Standalone Team
Location: 3616 - Brentwood - GetGo Standalone
Job Title: Crew Lead
Pay Group: Weekly-B

### TAX DATA

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married filing jointly (or Qualifying widow(er)) | Married filing jointly (or Qualifying widow(er)) |
| Addl. Amount: | 0.00 | |
| Allowances: | 0.00 | 0.00 |

### Earnings

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.5000 | 32.00 | 560.00 | 1,028.50 | 18,049.35 |
| SundayStraight | 17.5000 | 8.00 | 140.00 | 129.50 | 2,266.26 |
| Overtime | 26.2500 | 0.75 | 19.69 | 41.25 | 1,084.54 |
| Bonus-Misc | 0.0000 | 0.00 | 0.00 | 0.00 | 817.37 |
| Hol OverTime | 0.0000 | 0.00 | 0.00 | 8.00 | 210.36 |
| Total: | 61.2500 | 40.75 | 719.69 | 1,207.25 | 22,427.88 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Medicare | 10.43 | 325.20 |
| OASDI | 44.62 | 1390.53 |
| SUI-Team Member Paid - PA | 0.44 | 13.46 |
| PA LST - BRNTW | 1.00 | 31.00 |
| City Tax - BRNTW | 7.20 | 224.29 |
| State Tax - PA | 22.09 | 688.54 |
| Federal Withholding | 42.91 | 1466.83 |
| Total | 128.69 | 4,139.85 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Shoes | 0.00 | 32.99 |
| Total | 0.00 | 32.99 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life GE Pd | 0.25 | 7.25 |
| AD&D GE Pd | 0.02 | 0.58 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 719.69 | 719.69 | 128.69 | | 591 |
| YTD | 22,427.88 | 22,427.88 | 4,139.85 | | 18255.04 |

MESSAGE: Please see your online pay slip for additional details

## Paystub 1

Pay Begin Date: 08/21/2022  
Pay End Date: 08/27/2022  
Check Date: 09/01/2022  
Check #: 319057

Diane Blazeyewski  
111 Kaplan Ave  
Pittsburgh, PA 15227

Employee ID: 2057496  
Department: 3616 - Brentwood - GetGo Standalone Team  
Location: 3616 - Brentwood - GetGo Standalone  
Job Title: Crew Lead  
Pay Group: Weekly-B

### TAX DATA

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married filing jointly (or Qualifying widow(er)) | Married filing jointly (or Qualifying widow(er)) |
| Addl. Amount: | 0.00 | |
| Allowances: | 0.00 | 0.00 |

### Earnings

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| Regular | 17.5000 | 33.00 | 577.50 | 0.00 | 0.00 |
| Regular | 19.5000 | 1.50 | 29.25 | 1,063.00 | 18,656.10 |
| Overtime | 0.0000 | 0.00 | 0.00 | 41.25 | 1,084.54 |
| SundayStraight | 0.0000 | 0.00 | 0.00 | 129.50 | 2,266.26 |
| Bonus-Misc | 0.0000 | 0.00 | 0.00 | 0.00 | 817.37 |
| Hol OverTime | 0.0000 | 0.00 | 0.00 | 8.00 | 210.36 |
| Total | 37.0000 | 34.50 | 606.75 | 1,241.75 | 23,034.63 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Medicare | 8.80 | 334.00 |
| OASDI | 37.62 | 1428.15 |
| SUI-Team Member Paid - PA | 0.36 | 13.82 |
| PA LST - BRNTW | 1.00 | 32.00 |
| City Tax - BRNTW | 6.07 | 230.36 |
| State Tax - PA | 18.63 | 707.17 |
| Federal Withholding | 29.36 | 1496.19 |
| Total | 101.84 | 4,241.69 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Shoes | 0.00 | 32.99 |
| Total | 0.00 | 32.99 *Taxable |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life GE Pd | 0.25 | 7.50 |
| AD&D GE Pd | 0.02 | 0.60 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 606.75 | 606.75 | 101.84 | | 504.91 |
| YTD | 23,034.63 | 23,034.63 | 4,241.69 | | 18759.95 |

MESSAGE: Please see your online pay slip for additional details

---

## Paystub 2

Pay Begin Date: 08/28/2022  
Pay End Date: 09/03/2022  
Check Date: 09/08/2022  
Check #: 321098

Diane Blazeyewski  
111 Kaplan Ave  
Pittsburgh, PA 15227

Employee ID: 2057496  
Department: 3616 - Brentwood - GetGo Standalone Team  
Location: 3616 - Brentwood - GetGo Standalone  
Job Title: Crew Lead  
Pay Group: Weekly-B

### TAX DATA

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married filing jointly (or Qualifying widow(er)) | Married filing jointly (or Qualifying widow(er)) |
| Addl. Amount: | 0.00 | |
| Allowances: | 0.00 | 0.00 |

### Earnings

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| Regular | 17.5000 | 36.00 | 630.00 | 0.00 | 0.00 |
| Regular | 19.5000 | 0.75 | 14.63 | 1,099.75 | 19,300.73 |
| Overtime | 0.0000 | 0.00 | 0.00 | 41.25 | 1,084.54 |
| SundayStraight | 0.0000 | 0.00 | 0.00 | 129.50 | 2,266.26 |
| Bonus-Misc | 0.0000 | 0.00 | 0.00 | 0.00 | 817.37 |
| Hol OverTime | 0.0000 | 0.00 | 0.00 | 8.00 | 210.36 |
| Total | 37.0000 | 36.75 | 644.63 | 1,278.50 | 23,679.26 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Medicare | 9.35 | 343.35 |
| OASDI | 39.96 | 1468.11 |
| SUI-Team Member Paid - PA | 0.39 | 14.21 |
| City Tax - BRNTW | 6.45 | 236.81 |
| State Tax - PA | 19.79 | 726.96 |
| Federal Withholding | 33.90 | 1530.09 |
| PA LST - BRNTW | 1.00 | 33.00 |
| Total | 110.84 | 4,352.53 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Shoes | 0.00 | 32.99 |
| Total | 0.00 | 32.99 *Taxable |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| AD&D GE Pd | 0.02 | 0.62 |
| Life GE Pd | 0.25 | 7.75 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 644.63 | 644.63 | 110.84 | | 533.79 |
| YTD | 23,679.26 | 23,679.26 | 4,352.53 | | 19293.74 |

MESSAGE: Please see your online pay slip for additional details

| Pay Begin Date: | 09/04/2022 | Check Date: | 09/15/2022 |
|---|---|---|---|
| Pay End Date: | 09/10/2022 | Check #: | 323213 |

Diane Blazeyewski
111 Kaplan Ave
Pittsburgh, PA 15227

| Employee ID: | 2057496 |
| Department: | 3616 - Brentwood - GetGo Standalone Team |
| Location: | 3616 - Brentwood - GetGo Standalone |
| Job Title: | Crew Lead |
| Pay Group: | Weekly-B |

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 17.5000 | 31.00 | 542.50 | 0.00 | 0.00 |
| SundayStraight | 17.5000 | 8.00 | 140.00 | 137.50 | 2,406.26 |
| Overtime | 26.2750 | 1.25 | 32.84 | 42.50 | 1,117.38 |
| Regular | 19.5000 | 1.00 | 19.50 | 1,131.75 | 19,862.73 |
| Bonus-Misc | 0.0000 | 0.00 | 0.00 | 0.00 | 817.37 |
| Hol OverTime | 0.0000 | 0.00 | 0.00 | 8.00 | 210.36 |
| Total: | 80.7750 | 41.25 | 734.84 | 1,319.75 | 24,414.10 |

TAX DATA:
| | Federal | PA State |
|---|---|---|
| Marital Status: | Married filing jointly (or Qualifying widow(er)) | Married filing jointly (or Qualifying widow(er)) |
| Addl. Amount: | 0.00 | |
| Allowances: | 0.00 | 0.00 |

**TAXES**
| Description | Current | YTD |
|---|---|---|
| Medicare | 10.65 | 354.00 |
| OASDI | 45.56 | 1513.67 |
| SUI-Team Member Paid - PA | 0.44 | 14.65 |
| PA LST - BRNTW | 1.00 | 34.00 |
| City Tax - BRNTW | 7.35 | 244.16 |
| State Tax - PA | 22.56 | 749.52 |
| Federal Withholding | 44.73 | 1574.82 |
| Total | 132.29 | 4,484.82 |

**DEDUCTIONS**
| Description | Current | YTD |
|---|---|---|
| Shoes | 0.00 | 32.99 |
| Total | 0.00 | 32.99 |

*Taxable

**EMPLOYER PAID BENEFITS**
| Description | Current | YTD |
|---|---|---|
| Life GE Pd | 0.25 | 8.00 |
| AD&D GE Pd | 0.02 | 0.64 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 734.84 | 734.84 | 132.29 | | 602.55 |
| YTD | 24,414.10 | 24,414.10 | 4,484.82 | | 19896.29 |

MESSAGE: Please see your online pay slip for additional details