Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−21724−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Christopher Blazeyewski
111 Kaplan Avenue
Pittsburgh, PA 15227

Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, PA 15227

Social Security No.:
xxx−xx−2272

xxx−xx−0975

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Paul W. McElrath Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Telephone number: 412−765−3606

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
December 5, 2022
02:00 PM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
December 5, 2022
02:00 PM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/8/22

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21724-CMB |
| Christopher Blazeyewski | Chapter 13 |
| Diane Blazeyewski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 09, 2022 | Form ID: rsc13 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Blazeyewski, Diane Blazeyewski, 111 Kaplan Avenue, Pittsburgh, PA 15227-2415 |
| cr | + | SN Servicing Corporation as Servicer for Limosa LL, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15544723 | + | ALASKA LOUISIANA PARTNERS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15511696 | + | Atlantica, LLC, 9990 Richmond Avenue, Suite 400, Houston, TX 77042-4546 |
| 15523854 | + | Berstein & Burkley, c/o Keri Ebeck, Esq, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15511697 | + | Borough Of Brentwood, Goehring, Rutter & Bohem, 437 Grant Street 14th Floor, Pittsburgh, PA 15219-6107 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 23:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 09 2022 23:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15511695 | | Email/PDF: ebn_ais@aisinfo.com | Nov 09 2022 23:46:51 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15511698 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 09 2022 23:47:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15511699 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 09 2022 23:47:00 | Duquesne Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15511700 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 09 2022 23:47:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15523859 | + | Email/Text: ebnjts@grblaw.com | Nov 09 2022 23:47:00 | Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 15523860 | ^ | MEBN | Nov 09 2022 23:41:26 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15511701 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 23:47:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15511703 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 09 2022 23:46:52 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15512708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 17128-0946 |
| 15511702 | + | Email/Text: ebnpeoples@grblaw.com | Nov 09 2022 23:47:00 | Peoples Gas, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15544200 | | Email/Text: bknotices@snsc.com | Nov 09 2022 23:47:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |
| 15511704 | + | Email/Text: bkteam@selenefinance.com | Nov 09 2022 23:47:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 15526847 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 09 2022 23:47:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15511705 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 09 2022 23:47:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15511706 | | Email/Text: bk@veritasrental.com | Nov 09 2022 23:47:00 | Veritas Instrument Rental, Attn:: Bankruptcy, 12475 44th St. N, Clearwater, FL 33762 |
| 15511707 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 09 2022 23:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Limosa LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15523852 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15523853 | *+ | Atlantica, LLC, 9990 Richmond Avenue, Suite 400, Houston, TX 77042-4546 |
| 15523855 | *+ | Borough Of Brentwood, Goehring, Rutter & Bohem, 437 Grant Street 14th Floor, Pittsburgh, PA 15219-6107 |
| 15523856 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15523857 | *+ | Duquense Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15523858 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15523861 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15523863 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15523862 | *+ | Peoples Gas, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15523864 | *+ | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 15523865 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15523866 | *P++ | VERITAS INSTRUMENT RENTAL, PO BOX 950, PINELLAS PARK FL 33780-0950, address filed with court:, Veritas Instrument Rental, Attn:: Bankruptcy, 12475 44th St. N, Clearwater, FL 33762 |
| 15523867 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022                    Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Limosa LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor Limosa LLC lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for Limosa LLC lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Christopher Blazeyewski ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Diane Blazeyewski ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8