**Weinstein & Riley, P.S.**
2001 Western Ave., Suite #400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In re:

Christopher Blazeyewski
            Debtor.

SSN # XXX-XX-2272

13

CASE NO. 22-21724

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM

TO: Attorney for the Debtor: Paul W Mcelrath Jr
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Alaska Louisiana Partners, for account # **XX9067**, in the amount of $139,201.38 docketed by the court on **November 8, 2022**, claim number 4.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:    November 16, 2022

**Weinstein & Riley, P.S.**

/s/ Taylor Bartle

Taylor Bartle, Supervisor
Representative for Creditor
2001 Western Ave, Ste 400
Seattle, WA, 98121
(206) 269-3490
bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite #400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In re:
Christopher Blazeyewski
                    Debtor.

CHAPTER 13
CASE NO. 22-21724

SSN # XXX-XX-2272

CERTIFICATE OF SERVICE

I, Taylor Bartle, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746

that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 4 was

electronically filed using the Court's ECF system which will send notification of such filing, or by first

class mail, postage pre-paid, on November 16, 2022 to the following parties:

Trustee via E-Filing                              Debtors' Counsel via E-Filing
RONDA J WINNECOUR                                 Paul W Mcelrath Jr
cmecf@chapter13trusteewdpa.com                    ecf@mcelrathlaw.com

Dated: November 16, 2022

                                        /s/ Taylor Bartle
                                        Taylor Bartle