UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21724-CMB |
| | : | |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski | : | |
|     Debtors | : | Chapter 13 |
| | : | |
| SN Servicing Corporation as servicer for | : | Related to Document No. 52 |
| Limosa, LLC | : | |
|     Movant | : | |
| | : | Hearing Date: February 23, 2023 at 1:30 pm |
| | : | |
| | : | |
|     v. | : | |
| | : | |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondents (if none, then "No Respondent") | : | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Application of SN Servicing Corporation as Servicer for Limosa, LLC (together with any successor and/or assign, "Movant") dated November 18, 2020 and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 111 Kaplan Avenue, Pittsburgh, PA 15227; and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

FILED
2/22/23 8:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
dmr
U.S.B.J.