IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-21724-CMB |
| | : | |
| **Christopher Blazeyewski and Diane Blazeyewski,** | : | Chapter 7 |
| Debtors | : | Related to Doc. No. 60 |
| | : | |
| **Christopher Blazeyewski and Diane Blazeyewski,** | : | |
| Movants | : | |
| | : | |
| v. | : | |
| **American Info Source Lp, et al Rosemary C. Crawford, Esq. Chapter 7 Trustee,** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13, TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE AND TERMINATING WAGE ATTACHMENT**

    I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on February 23, 2023, I served a true copy the Order Converting Case Under Chapter 13, to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference and Terminating Wage Attachment, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated.

Executed on: <u>February 23, 2023</u>

                                                              By:     <u>/s/ Sharla Munroe</u>
                                                                      Sharla Munroe, Paralegal
                                                                     McElrath Legal Holdings, LLC
                                                                       1641 Saw Mill Run Blvd.
                                                                       Pittsburgh, PA 15210
                                                                       Tel: 412.765.3606
                                                                       Fax: 412.765.1917

**MATRIX**
**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Service by First-Class Mail**

Rosemary C. Crawford, Esquire
Chapter 7 Trustee
Crawford McDonald, LLC.
P.O. BOX 355
Allison Park, PA 15101

Christopher & Diane Blazeyewski
111 Kaplan Drive
Pittsburgh PA 15227

American Info Source Lp
Post Office Box 248848
Oklahoma City, OK 73124-8848

Atlantica, LLC
9990 Richmond Avenue
Suite 400
Houston, TX 77042

Berstein & Burkley
c/o Keri Ebeck, Esq
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Borough Of Brentwood
Goehring, Rutter & Bohem
437 Grant Street 14th Floor
Pittsburgh, PA 15219

Collection Service Center, Inc.
Attn: Bankrupcy
839 5th Ave
New Kensington, PA 15068

Duquense Light Company
c/o Keri P. Ebeck Bernstien & Burkley PC
707 Grant Street Ste. 2200
Pittsburgh, PA 15219

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Goehring, Rutter & Boehm
437 Grant Street 14th FL
Pittsburgh, PA 15219

KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

Peoples Gas
c/o GRB Law
Frick Bldg., 437 Grant St., 14th Floor
Pittsburgh, PA 15219

Portfolio Recovery
PO Box 41067
Norfolk, VA 23541

Selene Finance
Attn: Bankruptcy
Po Box 422039
Houston, TX 77242

SN Servicing Corp.
323 5th Street
Eureka, CA 95501

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707

Veritas Instrument Rental
Attn:: Bankruptcy
12475 44th St. N
Clearwater, FL 33762

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304