UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21724-CMB |
| | : | |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski | : | |
| Debtors | : | Chapter 13 |
| | : | |
| SN Servicing Corporation as servicer for | : | Related to Document No. 52 |
| Limosa, LLC | : | |
| Movant | : | |
| | : | Hearing Date: February 23, 2023 at 1:30 pm |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondents (if none, then "No Respondent") | : | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Application of SN Servicing Corporation as Servicer for Limosa, LLC (together with any successor and/or assign, "Movant") dated November 18, 2020 and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 111 Kaplan Avenue, Pittsburgh, PA 15227; and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

FILED
2/22/23 8:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
dmr
U.S.B.J.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21724-CMB |
| Christopher Blazeyewski | Chapter 7 |
| Diane Blazeyewski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Blazeyewski, Diane Blazeyewski, 111 Kaplan Avenue, Pittsburgh, PA 15227-2415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Limosa LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Brentwood and Borough of Brentwood School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor Limosa LLC lmoyer@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Lauren Moyer | |

| | |
|---|---|
| | on behalf of Creditor SN Servicing Corporation as Servicer for Limosa LLC lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Diane Blazeyewski ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Christopher Blazeyewski ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 10