PAWB FORM 30  (07/13)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE:** | : | Bankruptcy No. 22-21724-CMB |
|  | : |  |
| **Christopher Blazeyewski and** | : | Chapter 7 |
| **Diane Blazeyewski,** | : |  |
|         **Debtors** | : |  |
|  | : |  |
| **Christopher Blazeyewski and** | : |  |
| **Diane Blazeyewski,** | : |  |
|         **Movants** | : |  |
|  | : |  |
| v. | : |  |
| **Acute Care Solutions, et al** | : |  |
| **Rosemary C. Crawford, Esq.** | : |  |
| **Chapter 7 Trustee,** | : |  |
|         **Respondents** | : |  |

## NOTICE REGARDING MODIFICATION OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Paul W. McElrath, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Respectfully submitted by,

Dated: <u>March 2, 2023</u>

           <u>/s/ Paul W. McElrath</u>
Paul W. McElrath, Esquire
PA I.D. # 86220
Attorney for Debtors
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
412-765-3606
Fax: 412-765-1917
<u>Email:</u> paulm@mcelrathlaw.com

Added to Creditor Matrix:

Acute Care Solutions
PO Box 9820
Coral Springs, FL 33075-9820

AHN Brentwood Neighborhood Hospital
3290 Saw Mill Run Blvd
Pittsburgh, PA 15227

Borough Of Brentwood
3624 Brownsville Road
Pittsburgh, PA 15227

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15230

Office of UC Benefits
UI Payment Services
PO Box 67503
Harrisburg, PA 17106-7503

Office of UC Benefits Policy
Benefit Payment Control & Integrity
651 Boas St. Room 608
Harrisburg, PA 17121

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Peoples Gas Co. LLC
c/o Jeffrey Hunt, Esq.
525 Wm Penn Place Ste 3110
Pittsburgh, PA 15219

St. Clair Medical Group
Occupational Medicine, Affiliate Billing
1000 Bower Hill Road
Pittsburgh, PA 15243-1841

St. Clair Medical Group
Occupational Medicine
PO Box 644867
Pittsburgh, PA 15264-4867