IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 22-21724-CMB** |
| | : | |
| **Christopher Blazeyewski and** | : | **Chapter 7** |
| **Diane Blazeyewski,** | : | |
| **Debtors** | : | |
| | : | |
| **Christopher Blazeyewski and** | : | |
| **Diane Blazeyewski,** | : | |
| **Movants** | : | |
| | : | |
| v. | : | |
| **Acute Care Solutions, et al** | : | |
| **Rosemary C. Crawford, Esq.** | : | |
| **Chapter 7 Trustee,** | : | |
| **Respondents** | : | |

AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

    _____    Voluntary Petition *Specify reason for amendment:*
<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
    _____    Summary of Schedules
    _____    Schedule A – Real Property
    _____    Schedule B – Personal Property
    _____    Schedule C – Property Claimed as Exempt
    _____    Schedule D – Creditors holding Secured Claims
                  Check One:
                          _____    Creditor(s) Added
                          _____    NO creditor(s) Added
                          _____    Creditor(s) Deleted
    _____    Schedule E – Creditors Holding Unsecured Priority Claims
                  Check One:
                          _____    Creditor(s) Added
                          _____    NO creditor(s) Added
                          _____    Creditor(s) Deleted
    __X__    Schedule F – Creditors Holding Unsecured Nonpriority Claims
                  Check One:
                          __X__    Creditor(s) Added
                          _____    NO creditor(s) Added
                          _____    Creditor(s) Deleted
    _____    Schedule G – Executory Contracts and Unexpired Leases
                  Check One:
                          _____    Creditor(s) Added
                          _____    NO creditor(s) Added
                          _____    Creditor(s) Deleted
    _____    Schedule H – Codebtors
    _____    Schedule I – Current Income of Individual Debtor(s)
    _____    Schedule J – Current Expenditures of Individual Debtor(s)
    _____    Statement of Financial Affairs
    _____    Chapter 7 Individual Debtor's Statement of Intention
    _____    Chapter 11 List of Equity Security Holders
    _____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
    _____    Disclosure of Compensation of Attorney for Debtor
    _____    Other:_____

NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P.1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Acute Care Solutions
PO Box 9820
Coral Springs, FL 33075-9820

AHN Brentwood Neighborhood Hospital
3290 Saw Mill Run Blvd
Pittsburgh, PA 15227

Borough Of Brentwood
3624 Brownsville Road
Pittsburgh, PA 15227

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15230

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15230

Office of UC Benefits
UI Payment Services
PO Box 67503
Harrisburg, PA 17106-7503

Office of UC Benefits Policy
Benefit Payment Control & Integrity
651 Boas St. Room 608
Harrisburg, PA 17121

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Peoples Gas Co. LLC
c/o Jeffrey Hunt, Esq.
525 Wm Penn Place Ste 3110
Pittsburgh, PA 15219

St. Clair Medical Group
Occupational Medicine, Affiliate Billing
1000 Bower Hill Road
Pittsburgh, PA 15243-1841

St. Clair Medical Group
Occupational Medicine
PO Box 644867
Pittsburgh, PA 15264-4867

Date: March 2, 2023

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
Attorney for Debtor
P.A. Id. No. 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
(412) 765-3606
paulm@mcelrathlaw.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher Blazeyewski** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Diane Blazeyewski** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 22-21724-CMB

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|
| 4.1 | **AHN Brentwood Neighborhood Hospital** | Last 4 digits of account number: 2896 | $2,370.48 |
| | Nonpriority Creditor's Name | | |
| | **3290 Saw Mill Run Blvd Pittsburgh, PA 15227** | When was the debt incurred? 2022-2023 | |
| | Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Expenses**

| | | |
|---|---|---|
| Debtor 1 | **Christopher Blazeyewski** | |
| Debtor 2 | **Diane Blazeyewski** | Case number (if known)  **22-21724-CMB** |

---

**4.2**  **Borough Of Brentwood**
Nonpriority Creditor's Name
**3624 Brownsville Road**
**Pittsburgh, PA 15227**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4001**  $445.27

When was the debt incurred?  **2022-2023**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utility**

---

**4.3**  **Duquesne Light Company**
Nonpriority Creditor's Name
**411 Seventh Avenue**
**Pittsburgh, PA 15230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0000**  $611.60

When was the debt incurred?  **2022-2023**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utility**

---

**4.4**  **Office of UC Benefits**
Nonpriority Creditor's Name
**UI Payment Services**
**PO Box 67503**
**Harrisburg, PA 17106-7503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0488**  $214.63

When was the debt incurred?  **2022-2023**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **over payment of UC Benefits**

---

Debtor 1 **Christopher Blazeyewski**
Debtor 2 **Diane Blazeyewski**                                                   Case number (if known) **22-21724-CMB**

| 4.5 | **Peoples Gas Bankruptcy Dept.** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number **5798** | **$413.63** |
| | **375 N Shore Drive Ste 600** | When was the debt incurred? **2022-2023** | |
| | **Attn: Dawn Linder** | | |
| | **Pittsburgh, PA 15212** | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
■ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify **Utility**

---

| 4.6 | **St. Clair Medical Group** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | **$212.50** |
| | **Occupational Medicine, Affiliate Billing** | When was the debt incurred? **2022** | |
| | **1000 Bower Hill Road** | | |
| | **Pittsburgh, PA 15243-1841** | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                   ☐ Contingent
■ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify **Medical Expenses**

---

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Acute Care Solutions**<br>**PO Box 9820**<br>**Coral Springs, FL 33075-9820** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Office of UC Benefits Policy**<br>**Benefit Payment Control & Integrity**<br>**651 Boas St. Room 608**<br>**Harrisburg, PA 17121** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Peoples Gas Co. LLC**<br>**c/o Jeffrey Hunt, Esq.**<br>**525 Wm Penn Place Ste 3110**<br>**Pittsburgh, PA 15219** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Debtor 1 **Christopher Blazeyewski**
Debtor 2 **Diane Blazeyewski**    Case number (if known) **22-21724-CMB**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St. Clair Medical Group Occupational Medicine** <br> **PO Box 644867** <br> **Pittsburgh, PA 15264-4867** | Line **4.6** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | Total Claim |
|---|---|---|
| 6a. | **Domestic support obligations** | $ 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | $ 0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | $ 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | $ 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | $ 0.00 |

**Total claims from Part 2**

|  |  | Total Claim |
|---|---|---|
| 6f. | **Student loans** | $ 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | $ 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | $ 4,268.11 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | $ 4,268.11 |