# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** : | | **Bankruptcy No. 22-21724-CMB** |
| : | | |
| **Christopher Blazeyewski and** : | | **Chapter 7** |
| **Diane Blazeyewski,** : | | |
| Debtors : | | **Related to Doc. No. 60** |
| : | | |
| **Christopher Blazeyewski and** : | | |
| **Diane Blazeyewski,** : | | |
| Movants : | | |
| : | | |
| v. : | | |
| **American Info Source Lp, et al** : | | |
| **Rosemary C. Crawford, Esq.** : | | |
| **Chapter 7 Trustee,** : | | |
| Respondents : | | |

## RULE 1019 REPORT OF CONVERSION OF CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7 BY DEBTORS

AND NOW, comes the debtors, Christopher and Diane Blazeyewski, by and through their attorney, Paul W. McElrath, Esquire, of McElrath Legal Holdings, LLC, and file the within Rule 1019 Report as follows:

1. This case was commenced on September 2, 2022, when the debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 case was converted to Chapter 7 on February 16, 2023 per the Order at docket number 60.

3. Since the filing of the Chapter 13 Bankruptcy Petition on September 2, 2022 and prior to the conversion of the case to Chapter 7, the debtors have not acquired additional property either real or personal. The debtors have not entered into or assumed any executory contracts after the filing of the original petition, but before the entry of the conversion order.

4. Since the filing of the Chapter 13 Bankruptcy Petition on September 2, 2022, and prior to the conversion of the case to Chapter 7, the Debtors have incurred the following new debt:

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|

| | | |
|---|---|---|
| AHN Brentwood Neighborhood Hospital 3290 Saw Mill Run Blvd Pittsburgh PA 15227-0000 Acct#: 2282896 | 2022-2023 Medical Expenses | $2370.48 |
| Borough Of Brentwood 3624 Brownsville Road Pittsburgh PA 15227- Acct#: 1000344-001 | 2022-2023 utility | $ 445.27 |
| Office of UC Benefits UI Payment Services PO Box 67503 Harrisburg PA 17106 Acct#: 14610488 | 2022-2023 Over payment of UC Benefits | $ 214.63 |
| St. Clair Medical Group Occupational Medicine, Affiliate Billing 1000 Bower Hill Road Pittsburgh PA 15243-1841 | 2022-2023 Medical Expenses | $ 212.50 |
| Duquesne Light Company 411 Seventh Avenue Pittsburgh PA 15230-0000 Acct#: 4204-860-000 | 2022-2023 utility | $ 611.60 |
| Peoples Gas Bankruptcy Dept. 375 N Shore Drive Ste 600 Attn: Dawn Linder Pittsburgh PA 15212-0000 Acct#: 200015795798 | 2022-2023 utility | $413.63 |

WHEREFORE, the debtors, Christopher and Diane Blazeyewski,, respectfully file this Rule 1019 Report.

Date: March 2, 2023                Respectfully submitted,

/s/ Paul W. McElrath, Esq.
Paul W. McElrath, Esq.
Attorney for Debtor/Movant
McElrath Legal Holdings, LLC
PA ID  #86220
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
paulm@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917