## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-21724-CMB |
| | : | |
| **Christopher Blazeyewski and** | : | **Chapter 7** |
| **Diane Blazeyewski,** | : | |
| Debtors | : | **Related to Doc. 60, 65, 77** |
| | : | |
| **Christopher Blazeyewski and** | : | |
| **Diane Blazeyewski,** | : | |
| Movants | : | |
| | : | |
| v. | : | |
| **Acute Care Solutions, et al** | : | |
| **Rosemary C. Crawford, Esq.** | : | |
| **Chapter 7 Trustee,** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF THE ORDER CONVERTING CASE TO CHAPTER 7 AMENDMENT TO SCHEDULE F AND 341 MEETING OF CREDITORS NOTICE**

      I, Sharla R. Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the Order Converting Case to Chapter 7, Amendment to Schedule F and 341 Meeting of Creditors Notice, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: <u>March 2, 2023</u>

By:    <u>s/ Sharla R. Munroe</u>
        Sharla R. Munroe, Paralegal
        McElrath Legal Holdings, LLC
        1641 Saw Mill Run Blvd.
        Pittsburgh, PA 15210
        Tel: 412.765.3606
        Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Service by First-Class Mail**

Rosemary C. Crawford, Esquire
Chapter 7 Trustee
Crawford McDonald, LLC.
P.O. BOX 355
Allison Park, PA 15101

Christopher & Diane Blazeyewski
111 Kaplan Drive
Pittsburgh PA 15227

Acute Care Solutions
PO Box 9820
Coral Springs, FL 33075-9820

AHN Brentwood Neighborhood Hospital
3290 Saw Mill Run Blvd
Pittsburgh, PA 15227

Borough Of Brentwood
3624 Brownsville Road
Pittsburgh, PA 15227

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15230

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15230

Office of UC Benefits
UI Payment Services
PO Box 67503
Harrisburg, PA 17106-7503

Office of UC Benefits Policy
Benefit Payment Control & Integrity
651 Boas St. Room 608
Harrisburg, PA 17121

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Peoples Gas Co. LLC
c/o Jeffrey Hunt, Esq.
525 Wm Penn Place Ste 3110
Pittsburgh, PA 15219

St. Clair Medical Group
Occupational Medicine, Affiliate Billing
1000 Bower Hill Road
Pittsburgh, PA 15243-1841

St. Clair Medical Group
Occupational Medicine
PO Box 644867
Pittsburgh, PA 15264-4867