## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 22-21724-CMB** |
| | : | |
| **Christopher Blazeyewski and** | : | **Chapter 7** |
| **Diane Blazeyewski,** | : | |
| **Debtors** | : | **Related to Doc. 77, 78, 79** |
| | : | |
| **Christopher Blazeyewski and** | : | |
| **Diane Blazeyewski,** | : | |
| **Movants** | : | |
| | : | |
| **v.** | : | |
| **Acute Care Solutions, et al** | : | |
| **Rosemary C. Crawford, Esq.** | : | |
| **Chapter 7 Trustee,** | : | |
| **Respondents** | : | |

## CERTIFICATE OF SERVICE OF AMENDED SCHEDULE F STATEMENT OF INTENTIONS AND 1019 REPORT OF CONVERSION

I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on March 2, 2023 I served a true and Correct copy of the Amendments to Schedule F Statement of Intentions and the 1019 Report of Conversion, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated.

Executed on: <u>March 2, 2023</u>

By:    /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 1521
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Service by First-Class Mail**

Rosemary C. Crawford, Esquire
Chapter 7 Trustee
Crawford McDonald, LLC.
P.O. BOX 355
Allison Park, PA 15101

Christopher & Diane Blazeyewski
111 Kaplan Drive
Pittsburgh PA 15227

Acute Care Solutions
PO Box 9820
Coral Springs, FL 33075-9820

AHN Brentwood Neighborhood Hospital
3290 Saw Mill Run Blvd
Pittsburgh, PA 15227

American Info Source Lp
Post Office Box 248848
Oklahoma City, OK 73124-8848

Atlantica, LLC
9990 Richmond Avenue
Suite 400
Houston, TX 77042

Berstein & Burkley
c/o Keri Ebeck, Esq
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Borough Of Brentwood
Goehring, Rutter & Bohem
437 Grant Street 14th Floor
Pittsburgh, PA 15219

Borough Of Brentwood
3624 Brownsville Road
Pittsburgh, PA 15227

Collection Service Center, Inc.
Attn: Bankrupcy
839 5th Ave
New Kensington, PA 15068

Duquense Light Company
c/o Keri P. Ebeck Bernstien & Burkley PC
707 Grant Street Ste. 2200
Pittsburgh, PA 15219

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15230

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Goehring, Rutter & Boehm
437 Grant Street 14th FL
Pittsburgh, PA 15219

KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Office of UC Benefits
UI Payment Services
PO Box 67503
Harrisburg, PA 17106-7503

Office of UC Benefits Policy
Benefit Payment Control & Integrity
651 Boas St. Room 608
Harrisburg, PA 17121

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

Peoples Gas
c/o GRB Law
Frick Bldg., 437 Grant St., 14th Floor
Pittsburgh, PA 15219

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Peoples Gas Co. LLC
c/o Jeffrey Hunt, Esq.
525 Wm Penn Place Ste 3110
Pittsburgh, PA 15219

Portfolio Recovery
PO Box 41067
Norfolk, VA 23541

Selene Finance
Attn: Bankruptcy
Po Box 422039
Houston, TX 77242

St. Clair Medical Group
Occupational Medicine, Affiliate Billing
1000 Bower Hill Road
Pittsburgh, PA 15243-1841

```
St. Clair Medical Group
```
Occupational Medicine
PO Box 644867
Pittsburgh, PA 15264-4867

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707

Veritas Instrument Rental
Attn:: Bankruptcy
12475 44th St. N
Clearwater, FL 33762