**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher Blazeyewski<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2272<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Diane Blazeyewski<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0975<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–21724–CMB

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher Blazeyewski                              Diane Blazeyewski

5/30/23                                              **By the court:**   Carlota M Bohm
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21724-CMB

Christopher Blazeyewski Chapter 7

Diane Blazeyewski

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: May 30, 2023     Form ID: 318     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Blazeyewski, Diane Blazeyewski, 111 Kaplan Avenue, Pittsburgh, PA 15227-2415 |
| cr | + | Borough of Brentwood and Borough of Brentwood Scho, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110 Pittsburgh, PA 15219-1753 |
| 15576199 | + | AHN Brentwood Neighborhood Hospital, 3290 Saw Mill Run Blvd, Pittsburgh, PA 15227-2318 |
| 15544723 | + | ALASKA LOUISIANA PARTNERS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15576198 | + | Acute Care Solutions, PO Box 9820, Coral Springs, FL 33075-0820 |
| 15511696 | + | Atlantica, LLC, 9990 Richmond Avenue, Suite 400, Houston, TX 77042-4546 |
| 15523854 | + | Berstein & Burkley, c/o Keri Ebeck, Esq, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15511697 | + | Borough Of Brentwood, Goehring, Rutter & Bohem, 437 Grant Street 14th Floor, Pittsburgh, PA 15219-6107 |
| 15551910 | + | Borough of Brentwood & Brentwood School Dist., GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15551911 | + | Borough of Brentwood School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15576202 | | Office of UC Benefits, UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 15576203 | + | Office of UC Benefits Policy, Benefit Payment Control & Integrity, 651 Boas St. Room 608, Harrisburg, PA 17121-0725 |
| 15576204 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15576205 | | Peoples Gas Co. LLC, c/o Jeffrey Hunt, Esq., 525 Wm Penn Place Ste 3110, Pittsburgh, PA 15219 |
| 15576206 | + | St. Clair Medical Group, Occupational Medicine, Affiliate Billing, 1000 Bower Hill Road, Pittsburgh, PA 15243-1873 |
| 15576207 | | St. Clair Medical Group, Occupational Medicine, PO Box 644867, Pittsburgh, PA 15264-4867 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | May 31 2023 08:01:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | May 31 2023 08:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 04:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 31 2023 04:10:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | ^ | MEBN | May 31 2023 04:09:52 | SN Servicing Corporation as Servicer for Limosa |

| | | | | |
|---|---|---|---|---|
| District/off: 0315-2 | | User: auto | | Page 2 of 4 |
| Date Rcvd: May 30, 2023 | | Form ID: 318 | | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | LL, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15511695 | | EDI: AIS.COM | May 31 2023 08:07:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15511698 | + | Email/Text: bankruptcy@firstenergycorp.com | May 31 2023 04:10:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15511699 | + | Email/Text: kburkley@bernsteinlaw.com | May 31 2023 04:11:00 | Duquesne Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15545673 | + | Email/Text: jdryer@bernsteinlaw.com | May 31 2023 04:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15576201 | + | Email/Text: kburkley@bernsteinlaw.com | May 31 2023 04:11:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15511700 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 31 2023 04:10:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15523859 | + | Email/Text: ebnjts@grblaw.com | May 31 2023 04:10:00 | Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 15523860 | ^ | MEBN | May 31 2023 04:09:30 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15511701 | | EDI: PENNDEPTREV | May 31 2023 08:07:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15511701 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 04:10:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15511703 | | EDI: PRA.COM | May 31 2023 08:07:00 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15545846 | | EDI: PRA.COM | May 31 2023 08:07:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15512708 | | EDI: PENNDEPTREV | May 31 2023 08:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15512708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 04:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15511702 | + | Email/Text: ebnpeoples@grblaw.com | May 31 2023 04:10:00 | Peoples Gas, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15544200 | | Email/Text: bknotices@snsc.com | May 31 2023 04:11:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |
| 15511704 | + | Email/Text: bkteam@selenefinance.com | May 31 2023 04:10:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 15526847 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 31 2023 04:10:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15511705 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 31 2023 04:10:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15511706 | | Email/Text: bk@veritasrental.com | May 31 2023 04:10:00 | Veritas Instrument Rental, Attn:: Bankruptcy, 12475 44th St. N, Clearwater, FL 33762 |
| 15511707 | + | EDI: VERIZONCOMB.COM | May 31 2023 08:01:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Alaska Louisiana Partners |
| cr | | Limosa LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15523852 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15523853 | *+ | Atlantica, LLC, 9990 Richmond Avenue, Suite 400, Houston, TX 77042-4546 |
| 15523855 | *+ | Borough Of Brentwood, Goehring, Rutter & Bohem, 437 Grant Street 14th Floor, Pittsburgh, PA 15219-6107 |
| 15523856 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15523857 | *+ | Duquense Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15523858 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15523861 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15523863 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15523862 | *+ | Peoples Gas, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15523864 | *+ | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 15523865 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15523866 | *P++ | VERITAS INSTRUMENT RENTAL, PO BOX 950, PINELLAS PARK FL 33780-0950, address filed with court:, Veritas Instrument Rental, Attn:: Bankruptcy, 12475 44th St. N, Clearwater, FL 33762 |
| 15523867 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15576200 | ##+ | Borough Of Brentwood, 3624 Brownsville Road, Pittsburgh, PA 15227-3153 |

TOTAL: 2 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Limosa LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Brentwood and Borough of Brentwood School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Limosa LLC lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for Limosa LLC lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |

| | |
|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 30, 2023 | Form ID: 318 | Total Noticed: 39 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Joint Debtor Diane Blazeyewski ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
    on behalf of Debtor Christopher Blazeyewski ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 10